IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES RYAN, <u>et al.</u>      :
                              :
v.                            :   Civil Action WMN-02-240
                              :
HARFORD MEMORIAL HOSPITAL,    :
INC., <u>et al.</u>           :

<u>ORDER</u>

In accordance with Plaintiffs' concurrence in dismissing Plaintiffs' claims for violations of the Emergency Medical Treatment and Active Labor Act (ETMALA), 42 U.S.C. § 1395dd, IT IS this 6th day of May, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the Motion to Dismiss ETMALA Claims filed by Defendants Harford Memorial Hospital, Inc. and Upper Chesapeake Health System, Inc. (Paper No. 12) is hereby GRANTED;

2. That the Motion to Dismiss ETMALA Claims filed by Defendant Rakesh Mathur, M.D. (Paper No. 14) is hereby GRANTED;

3. That the Motion to Dismiss ETMALA Claims filed by Defendant Marian Benner, M.D. (Paper No. 15) is hereby GRANTED;

4. That the Motion to Dismiss ETMALA Claims filed by Defendant Jay Lang, D.O. (Paper No. 16) is hereby GRANTED;

5. That all of Plaintiffs' claims for violations of the Emergency Medical Treatment and Active Labor Act (ETMALA), 42 U.S.C. § 1395dd, are hereby DISMISSED WITH PREJUDICE; and

6. That the Clerk of the Court shall mail or transmit

copies of the foregoing Memorandum and this Order to all counsel of record.

                                                  _/s/ William M. Nickerson_
                                                  William M. Nickerson
                                                  United States District Judge