IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES RYAN
MEG-MARIE RYAN

     Plaintiffs

vs.   Civil Action No.: WMN-02-240

HARFORD CARDIOLOGISTS, INC.

SCOTT/COASTAL PHYSICIANS OF FALLSTON

PAGE/COASTAL PHYSICIANS OF FALLSTON

     Defendants

## ORDER

Plaintiffs having failed to serve the summons and complaint upon the defendants **Harford Cardiologists, Inc.; Scott/Coastal Physicians of Fallston; and Page/Coastal Physicians of Fallston** within 120 days after the filing of the complaint, it is, this 8th day of July 2002,

ORDERED that plaintiffs show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                        William M. Nickerson
                                        Senior United States District Judge

U.S. District Court (Rev. 1/2000)