IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES RYAN
MEG-MARIE RYAN

        Plaintiffs

vs.

HARFORD CARDIOLOGISTS, INC.

SCOTT/COASTAL PHYSICIANS OF
FALLSTON

PAGE/COASTAL PHYSICIANS OF
FALLSTON

        Defendants

Civil Action No.: WMN-02-240

\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Plaintiffs having failed to show good cause as to why service of the summons and complaint has not been made upon defendants **Harford Cardiologists, Inc.; Scott/Coastal Physicians of Fallston; and Page/Coastal Physicians of Fallston** within 120 days of the filing of the complaint as required by the prior order of this court, it is, this ____24th____ day of ____July____ 2002,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. as to defendants **Harford Cardiologists, Inc.; Scott/Coastal Physicians of Fallston; and Page/Coastal Physicians of Fallston, ONLY.**

_____
William M. Nickerson
Senior United States District Judge