# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM M. NICKERSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

FILED
U.S. DISTRICT COURT
OF MARYLAND
July 24, 2002

2002 JUL 24  P 2: 32

...RK'S OFFICE
AT BALTIMORE

_____DEPUTY

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7810**
**FACSIMILE (410) 962-2577**

Joseph A. Coffey, Jr., Esq.
Coffey & Kaye
718 Two Bala Place
Bala Cynwyd PA 19004

Stephen B. Caplis, Esq.
Whiteford, Taylor & Preston
7 St. Paul Place, Suite 1400
Baltimore, MD 21202

  Re: Thomas Daum v. CSX Transportation
     Civil Action No. WMN-02-190

Dear Counsel:

  Thank you for your recent status report.

  I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Thursday, August 22, 2002 at 9:15 a.m. At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

          Very truly yours,

          William M. Nickerson
          Senior United States District Judge

WMN:ce

cc: Court File

