R. J. MARZELLA & ASSOCIATES, P.C.
BY: Charles W. Marsar, Jr., Esquire
Court I.D. No. 26649
3513 North Front Street
Harrisburg, Pennsylvania 17110
Telephone:   (717) 234-7828
Facsimile:   (717) 234-6883

**Attorneys for Plaintiffs,
James Ryan and
Megan Ryan**

THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

| | |
|---|---|
| JAMES RYAN, and MEGAN RYAN husband and wife,<br><br>　　　　　　Plaintiffs<br><br>　　v.<br><br>HARFORD MEMORIAL HOSPITAL, INC.;<br>UPPER CHESAPEAKE HEALTH SYSTEM, INC.;<br>MIDATLANTIC CARDIOVASCULAR<br>ASSOCIATES, P.A.;<br>JAY LANG, D.O.;<br>RAKESH MATHUR, M.D.;<br>MARIAN BENNER, M.D.;<br>　　　　　　Defendants | : DOCKET NO.  WMN 02 CV 240<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

### ORDER

Now, this ___16th___ day of ___September___, 2002 it is hereby ORDERED and DECREED that the Deadlines set forth in Section I of the July 24, 2002 Scheduling Order are altered to reflect the following:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2)<br>disclosures <u>re</u> experts | October 28, 2002 |
| Defendants' 26(a)(2)<br>disclosures <u>re</u> experts | November 26, 2002 |

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(1)(2) disclosures re experts | December 10, 2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | December 17, 2002 |
| Discovery Deadline submission of status report | January 10, 2003 |
| Requests for admissions | January 17, 2003 |
| Dispositive pretrial motions deadline | January 31, 2003 |

Dated: _____

_____
William M. Nickerson
Senior United States District Judge