IN THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

| | |
|---|---|
| JAMES RYAN, AND MEG-MARIE RYAN, husband and wife | DOCKET NO.: WMN 02 CV-240 |
| Plaintiff | |
| v. | |
| JAY LANG, D.O., et al | |
| Defendants | |

*******************************************************************

### ORDER

Now, this **27th** day of **November**, 2002, it is hereby:

ORDERED and DECREED that the Deadlines set forth Scheduling Order of September 16, 2002 are altered to reflect the following:

| | |
|---|---|
| Defendants' Rule 26 (a)(2) | December 24, 2002 |
| Plaintiffs' rebuttal Rule 26 (a)(2) | January 10, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 31, 2003 |
| Discovery Deadline Submission of status report | March 24, 2003 |
| Request for admissions | March 31, 2003 |
| Dispositive pretrial motions | April 14, 2003 |

_____
Judge,
United State Court for the District of Maryland

