THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

JAMES RYAN, and MEGAN RYAN
husband and wife,
      Plaintiffs

v.

HARFORD MEMORIAL
HOSPITAL, et al.
      Defendants

: DOCKET NO. WMN 02 CV 240

## ORDER

Now, this __7th__ day of January 2003, it is hereby:

ORDERED and DECREED that the Deadlines set forth in the Scheduling Order of November 27, 2002 are altered to reflect the following:

| | |
|---|---|
| Defendants' 26(a)(2)(b) expert reports | January 20, 2003 |
| Plaintiff's rebuttal Rule 26(1)(2) disclosure re experts | February 6, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | February 27, 2003 |
| Discovery Deadline submission of status report | April 21, 2003 |
| Request for admissions | April 28, 2003 |
| Dispositive pretrial motions deadline | May 12, 2003 |

Dated: 1/7/03

Honorable William M. Nickerson
United States Court for the District of Maryland