IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES RYAN, et ux.            :
                              :
v.                            :   Civil Action No. WMN-02-240
                              :
HARFORD MEMORIAL HOSPITAL,    :
et al.                        :

**ORDER**

Pursuant to the foregoing Memorandum, and for the reasons stated therein, IT IS this 8th day of April, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion to Preclude Duplicative Expert Witnesses (Paper No. 31) is hereby DENIED; and

2. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

                        /s/
                William M. Nickerson
                Senior United States District Judge