**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

August 18, 2003

Charles W. Marsar, Jr., Esquire
R.J. Marzella & Associates, P.C.
3513 N. Front Street
Harrisburg, Pennsylvania 17110

Barbara L. Ayres, Esquire
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204

Craig B. Merkle, Esquire
Teri Kaufman Leonovich, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, Maryland 21202

Roy L. Mason, Esquire
Kristin L. Kremer, Esquire
Pamela J. Diedrich, Esquire
Mason, Ketterman & Cawood, PA
69 Franklin Street
Annapolis, Maryland 21401

Mary Alane Downs, Esquire
Morgan, Shelsby, Carlo, Downs & Everton, PA
4 N. Park Drive, Suite 404
Hunt Valley, Maryland 21030

   Re:   James Ryan, et al. v. Harford Memorial Hospital, Inc., et al.
         Civil Action No.: BPG-02-240

Dear Counsel:

   The above referenced case was referred to me for all proceedings, with the consent of the parties, pursuant to 28 U.S.C. §636(c). Enclosed in each of your letters is a consent form for you to execute and return to me for inclusion in the court file. The deadlines set forth in Judge Nickerson's scheduling order of April 7, 2003 shall remain unchanged.

   The case was also referred to Judge Gauvey for a settlement conference. I understand Judge Gauvey has set this matter in for a settlement conference on October 29, 2003. In the event that the case does not settle at the conference, I am scheduling a telephone status/scheduling conference for Thursday, October 30, 2003 at 9:30 a.m. If the case should settle, obviously the conference call will be canceled. I would appreciate it if Mr. Marsar, counsel for plaintiff, would initiate the call.

   Thank you for your cooperation in this matter. If you have any questions, please contact my Chambers.

James Ryan, et al. v. Harford Memorial Hospital, Inc., et al.
Civil Action No.: BPG-02-240
August 18, 2003
Page 2

  Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

             Very truly yours,

             /s/
             Beth P. Gesner
             United States Magistrate Judge