**R J Marzella & Associates**
Attorneys & Counselors At Law

3513 North Front Street, Harrisburg, Pennsylvania 17_0
717.234.7828   888.838.3426   717.234.6883 fax

August 21, 2003

The Honorable Beth P. Gesner
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    Ryan v. Harford Memorial Hospital, et al.
            Docket No.  WMN 02 CV 240

To The Honorable Beth P. Gesner:

    Enclosed please find the executed General Consent to Proceed Before a U.S. Magistrate Judge in reference to the above matter.

    I thank you in advance for your attention to this matter.

                                Very truly yours,

                                R. J. Marzella & Associates, P.C.

                                By: _____
                                Charles W. Marsar, Jr

CWMJr/lrr
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED IN THE OFFICE OF
BETH P. GESNER

AUG 2 5 2003

UNITED STATES MAGISTRATE JUDGE

JAMES RYAN, ET AL.         *

    Plaintiffs         *

vs.         *    Civil Action No.: BPG-02-0240

HARFORD MEMORIAL
HOSPITAL, INC., ET AL.         *

******

    Defendants

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_James Ryan and Meg Ryan_
Name of Party

_[signature]_
Signature of Party or Counsel

_8-20-03_
Date

U.S. District Court (Rev. 3/24/2003)