# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

TERI KAUFMAN LEONOVICH
TKL@GDLDAW.COM
WRITER'S DIRECT NUMBER
410-783-4047

ADMITTED IN MARYLAND
AND
THE DISTRICT OF COLUMBIA

August 26, 2003

VIA HAND DELIVERY
The Honorable Judge Beth P. Gesner
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD  21201

   Re: *James Ryan, et al. v. Harford Memorial, et al.*
     *United States District Court for the District of Maryland*
     <u>Case No.:  WMN02CV240</u>

Dear Judge Gesner:

  Enclosed please find a General Consent to Proceeed Before a United States Magistrate Judge on behalf of Defendants, Harford Memorial Hospital, Inc. and Upper Chesapeake Health Systems, to be filed in the above-captioned matter.

           Very truly yours,

           Teri Kaufman Leonovich

TKL/mr
Enclosure

 cc: JoAnna Schmidt, Esquire *(w/enc.)*
   Charles W. Marsar, Jr., Esquire *(w/enc.)*
   Mary Alane Downs, Esquire *(w/enc.)*
   Barbara Ayres, Esquire *(w/enc.)*
   Roy L. Mason, Esquire *(w/enc.)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES RYAN, ET AL.                    *

        Plaintiffs                    *

        vs.                          *          Civil Action No.: BPG-02-0240

HARFORD MEMORIAL              *
HOSPITAL, INC., ET AL.
                              ******

        Defendants

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_Harford Memorial Hospital ( Upper Chesapeake Health Systems_
Name of Party

_____
Signature of Party or Counsel

_8/21/03_
Date