FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 SEP -3 P 4: 44

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

R. J. MARZELLA & ASSOCIATES, P.C.
BY: Charles W. Marsar, Jr., Esquire
Court I.D. No. 26649
3513 North Front Street
Harrisburg, Pennsylvania  17110
Telephone:   (717) 234-7828
Facsimile:   (717) 234-6883

Attorneys for Plaintiffs,
James Ryan and
Megan Ryan

THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

JAMES RYAN, and MEGAN RYAN : DOCKET NO. BPG 02 CV 240
husband and wife, :
          Plaintiffs :

v.

HARFORD MEMORIAL HOSPITAL, INC.;
UPPER CHESAPEAKE HEALTH SYSTEM, INC.;
MIDATLANTIC CARDIOVASCULAR
ASSOCIATES, P.A.;
JAY LANG, D.O.;
RAKESH MATHUR, M.D.;
MARIAN BENNER, M.D.;
          Defendants        JURY TRIAL DEMANDED

## ORDER

Now, this __3RD__ day of __September__, 2003 it is hereby ORDERED and DECREED that a telephone status/scheduling conference is set for __Tues. Nov. 4,__ day of _____, 2003 at __9:30__ (am)/pm. Plaintiffs' counsel is ordered to initiate the call. If the case should settle in advance, this conference shall be deemed cancelled.

Dated: __9-3-03__

                                                      Beth P. Gesner
                                                      United States Magistrate Judge