IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES RYAN, ET AL. | * | |
| Plaintiffs | * | |
| vs. | * | Civil Action No.: BPG-02-0240 |
| HARFORD MEMORIAL HOSPITAL, INC., ET AL. | * | |
| | ****** | |
| Defendants | | |

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_Jay Lang DO_
Name of Party

_Mary Alane Donno_
Signature of Party or Counsel

_9/30/03_
Date

U.S. District Court (Rev. 3/24/2003)