IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES RYAN, ET AL.                              *

       Plaintiffs                              *

       vs.                                      *    Civil Action No.: BPG-02-0240

HARFORD MEMORIAL                                *
HOSPITAL, INC., ET AL.
                                        ******
       Defendants

### GENERAL CONSENT TO PROCEED
### BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

                                                     _Marian Benner, M.D._
                                                     Name of Party

                                                     _[signature]_
                                                     Signature of Party or Counsel

                                                     10/29/03
                                                     Date

U.S. District Court (Rev. 3/24/2003)