**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

October 31, 2003

Charles W. Marsar, Jr., Esquire
R.J. Marzella & Associates, P.C.
3513 N. Front Street
Harrisburg, Pennsylvania 17110

Barbara L. Ayres, Esquire
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204

Craig B. Merkle, Esquire
Teri Kaufman Leonovich, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, Maryland 21202

Roy L. Mason, Esquire
Kristin L. Kremer, Esquire
Pamela J. Diedrich, Esquire
Mason, Ketterman & Cawood, PA
69 Franklin Street
Annapolis, Maryland 21401

Mary Alane Downs, Esquire
Morgan, Shelsby, Carlo, Downs & Everton, PA
4 N. Park Drive, Suite 404
Hunt Valley, Maryland 21030

Re: James Ryan, et al. v. Harford Memorial Hospital, Inc., et al.
Civil Action No.: BPG-02-240

Dear Counsel:

I understand that Judge Gauvey has rescheduled the settlement conference in this case to Friday, December 19, 2003. I am, therefore, rescheduling the telephone status/scheduling conference from Tuesday, November 4, 2003 to Monday, January 5, 2004 at 9:15 a.m. I would appreciate it if Mr. Marsar, counsel for plaintiff, would initiate the call. If the case should settle, obviously the conference call will be canceled.

I note that in my letter of August 18, 2003 to counsel I enclosed consent forms to be executed and returned to the Court for inclusion in the court file. To date, I have not received all of the forms. If you have not executed and returned the forms, please do so as soon as possible.

<u>James Ryan, et al. v. Harford Memorial Hospital, Inc., et al.</u>
Civil Action No.: BPG-02-240
October 31, 2003
Page 2

    Thank you for your cooperation in this matter.  If you have any questions, please contact my Chambers.

                Very truly yours,

                /s/
                Beth P. Gesner
                United States Magistrate Judge