# MORGAN SHELSBY
# CARLO DOWNS & EVERTON

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OFFICE ALSO IN:
NEWARK, DELAWARE

A PROFESSIONAL ASSOCIATION

4 NORTH PARK DRIVE
SUITE 404
HUNT VALLEY, MARYLAND 21030-1876
410-584-2800
FACSIMILE 410-584-2020
www.morganshelsby.com

ROBIN E. HAUPTMANN (MD, DC)
MICHAEL J. LOGULLO (DE)
MARIANNE DEPAULO PLANT (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

WRITER'S E-MAIL ADDRESS:
madowns@morganshelsby.com

November 4, 2003

The Honorable Susan Gauvey
United States District Court
for the District of Maryland
Office of the Clerk
101 W. Lombard Street
Baltimore, Maryland 21201-2691

RE: *Ryan v. Lang, et al*
Case No.: WMN 02CV-240
MSCD&E: 140.015730

Dear Judge Gauvey:

I am writing concerning the Settlement Conference scheduled before Your Honor on December 19, 2003 with regard to the above-referenced matter. I have recently been diagnosed with breast cancer and am scheduled for surgery on December 12, 2003. I anticipate a recovery time of about 4 weeks.

I have consulted with the other attorneys in my office, and unfortunately no one is available to attend on by behalf. Therefore, I respectfully request a postponement of the settlement conference until February. If you would prefer a more formal request for postponement, please let me know and I will prepare the appropriate motion.

Thank you for your kind consideration.

Very truly yours,

Mary Alane Downs

cc: Charles W. Marsar, Jr., Esquire
Craig B. Merkle, Esquire / Teri Kaufman Leonovich, Esquire
Pamela Diedrich, Esquire