IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES RYAN, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No: WMN 02 CV 240 |
| HARFORD MEMORIAL HOSPITAL, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636©, the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

<u>Rakesh Mathur, M.D.</u>
Name of Party

<u>Barbara L. Ayres</u>
Signature of Party or Counsel

<u>November 4, 2003</u>
Date

292981