UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**SUSAN K. GAUVEY**
**U.S. MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

November 26, 2003

Charles W. Marsar, Jr., Esq.
RJ Marzella and Associates, PC
3513 N. Front Street
Harrisburg, PA 17110

Craig B. Merkle, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Mary Alane Downs, Esq.
Morgan, Shelsby, Carlo,
 Downs & Everton, PA
4 North Park Drive, Suite 404
Hunt Valley, MD 21030

Barbara L. Ayres, Esq.
Whiteford, Taylor & Preston, LLP
210 West Pennsylvania Avenue, Suite 400
Towson, MD 21204

Roy L. Mason, Esq.
Kristin L. Kremer, Esq.
Pamela J. Diedrich, Esq.
Mason, Ketterman & Cawood, PA
69 Franklin Street
Annapolis, MD 21401

  Re: James Ryan, et al. v. Harford Memorial Hospital, Inc., et al., Civil No. BPG-02-240

Dear Counsel:

  This will confirm that the settlement conference in the

above case is hereby rescheduled to Tuesday, February 3, 2004, at 9:30 a.m.

    I look forward to meeting with you on February 3rd.

                                     Sincerely yours,

                                           /s/

                                     Susan K. Gauvey
                                     United States Magistrate Judge