**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

December 2, 2003

Charles W. Marsar, Jr., Esquire
R.J. Marzella & Associates, P.C.
3513 N. Front Street
Harrisburg, Pennsylvania 17110

Barbara L. Ayres, Esquire
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204

Craig B. Merkle, Esquire
Teri Kaufman Leonovich, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, Maryland 21202

Roy L. Mason, Esquire
Kristin L. Kremer, Esquire
Pamela J. Diedrich, Esquire
Mason, Ketterman & Cawood, PA
69 Franklin Street
Annapolis, Maryland 21401

Mary Alane Downs, Esquire
Morgan, Shelsby, Carlo, Downs & Everton, PA
4 N. Park Drive, Suite 404
Hunt Valley, Maryland 21030

Re: James Ryan, et al. v. Harford Memorial Hospital, Inc., et al.
Civil Action No.: BPG-02-240

Dear Counsel:

I understand that Judge Gauvey has rescheduled the settlement conference in this case to Tuesday, February 3, 2004. I am, therefore, rescheduling the telephone status/scheduling conference from Monday, January 5, 2004 at 9:15 a.m. to Thursday, February 5, 2004 at 9:15 a.m. I would appreciate it if Mr. Marsar, counsel for plaintiff, would initiate the call. If the case should settle, obviously the conference call will be canceled.

Thank you for your cooperation in this matter. If you have any questions, please contact my Chambers.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge