IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES RYAN, and MEG-MARIE RYAN, husband and wife | * |
| Plaintiffs | * |
| v. | CASE NO.: WMN02CV240 |
| HARFORD MEMORIAL HOSPITAL, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Harford Memorial Hospital, Inc. and Upper Chesapeake Health Systems, by and through their attorneys, Craig B. Merkle, Teri Kaufman Leonovich and Goodell, DeVries, Leech & Dann, LLP, submit the following Motion for Summary Judgment and as grounds therefor state as follows:

1.   The instant case is a medical practice action alleging negligence in the failure to diagnose and treat a cerebral bleed allegedly suffered by James Ryan on or about September 13, 1998 when he was treated at Harford Memorial Hospital.

2.   In addition to naming Harford Memorial Hospital, Plaintiffs also brought suit against Drs. Jay M. Lang, Rakesh Mathur, Marian Benner and Mid-Atlantic Cardiologists Associates, P.A. Drs. Lang, Mathur and Benner treated Mr. Ryan at Harford Memorial Hospital. Plaintiffs allege that the Defendant doctors were the actual or apparent agents of Harford Memorial Hospital and Upper Chesapeake Health Systems while providing care and treatment to Mr. Ryan. The sole allegation of negligence against Harford Memorial Hospital and Upper Chesapeake Health Systems is based on vicarious liability for these defendants.

3.  The undisputed material facts do not support Plaintiffs' claims of agency with regard to Drs. Lang, Mathur, and Benner. Judgment should therefore be entered in favor of Harford Memorial Hospital and Upper Chesapeake Health Systems as to all claims.

4.  Defendants incorporate as if fully set forth herein the attached Memorandum of Law in Support of their Motion for Summary Judgment.

                                          Respectfully submitted,

                                          _____
                                          Craig B. Merkle
                                          Teri Kaufman Leonovich
                                          Goodell, DeVries, Leech & Dann, LLP
                                          One South Street, 20th Floor
                                          Baltimore, Maryland 21202
                                          (410) 783-4000

                                          *Attorneys for Defendants,*
                                          *Harford Memorial Hospital, Inc. and Upper*
                                          *Chesapeake Health Systems*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2003, a copy of the foregoing Defendants' Motion for Summary Judgment; Memorandum of Law in Support of Motion for Summary Judgment; Request for Hearing; and proposed Order was mailed first-class, postage prepaid, to:

Charles W. Marsar, Jr., Esquire
R.J. Marzella & Associates, P.C.
3513 North Front Street
Harrisburg, Pennsylvania 17110

Mary Alane Downs, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, MD 21030

Barbara Ayres, Esquire
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue
400 Court Towers
Towson, Maryland 21204-4515

Roy L. Mason, Esquire
Kristin L. Kremer, Esquire
Pamela Dietrich, Esquire
Mason, Ketterman and Cawood, P.A.
69 Franklin Street
Annapolis, MD 21401

524985

Teri Kaufman Leonovich