IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES RYAN, and MEG-MARIE RYAN, husband and wife | * |
| Plaintiffs | * |
| v. | CASE NO.: WMN02CV240 |
| HARFORD MEMORIAL HOSPITAL, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR HEARING

Defendants, Harford Memorial Hospital, Inc. and Upper Chesapeake Health Systems, by their attorneys, Craig B. Merkle, Teri Kaufman Leonovich and Goodell, DeVries, Leech & Dann, LLP, respectfully request a hearing on their Motion for Summary Judgment.

Respectively submitted,

_____
Craig B. Merkle
Teri Kaufman Leonovich
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

*Attorneys for Defendants,
Harford Memorial Hospital, Inc. and Upper
Chesapeake Health Systems*

524992