IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES RYAN, and MEG-MARIE RYAN, husband and wife | * |
| Plaintiffs | * |
| v. | CASE NO.: WMN02CV240 |
| HARFORD MEMORIAL HOSPITAL, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendants' Motion for Summary Judgment, pleadings having been read, the parties having been heard, it is hereby this ____ day of _____, 2004,

ORDERED that judgment be entered in favor of Harford Memorial Hospital and Upper Chesapeake Health Systems as to all claims.

_____
Judge
United States District Court for the
District of Maryland

cc to:

Charles W. Marsar, Jr., Esquire
R.J. Marzella & Associates, P.C.
3513 North Front Street
Harrisburg, Pennsylvania 17110

Mary Alane Downs, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, MD  21030

Barbara Ayres, Esquire
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue
400 Court Towers
Towson, Maryland  21204-4515

Roy L. Mason, Esquire
Kristin L. Kremer, Esquire
Pamela Dietrich, Esquire
Mason, Ketterman and Cawood, P.A.
69 Franklin Street
Annapolis, MD  21401

Craig B. Merkle, Esquire
Teri Kaufman Leonovich, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202