R. J. MARZELLA & ASSOCIATES, P.C.
BY: Charles W. Marsar, Jr., Esquire
Court I.D. No. 26649
3513 North Front Street
Harrisburg, Pennsylvania  17110            Attorneys for Plaintiffs,
Telephone:    (717) 234-7828                James Ryan and
<u>Facsimile:     (717) 234-6883</u>                <u>Megan Ryan</u>

THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

| | |
|---|---|
| JAMES RYAN, and MEGAN RYAN husband and wife, | : DOCKET NO.  WMN 02 CV 240 |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| HARFORD MEMORIAL HOSPITAL, INC.; | : |
| UPPER CHESAPEAKE HEALTH SYSTEM, INC.; | : |
| MIDATLANTIC CARDIOVASCULAR ASSOCIATES, P.A.; | : |
| JAY LANG, D.O.; | : |
| RAKESH MATHUR, M.D.; | : |
| MARIAN BENNER, M.D.; | : |
| Defendants | : JURY TRIAL DEMANDED |

### NOTICE OF FILING LENGTHY EXHIBIT

Exhibits A-I, which are attached to the Brief in Support of Plaintiffs' Response to Defendant Hospital's Motion for Summary Judgment exists only in paper format and is 15 pages or longer.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this notice, I will file and serve paper copies of the documents identified above.

                                                  **R. J. Marzella & Associates, P.C.**

                                          By: <u>/S/ Charles W. Marsar, Jr.</u>
                                                  Charles W. Marsar, Jr., Esquire
                                                  Attorney Identification No. 26649
                                                  R. J. Marzella & Associates, P.C.
                                                  3513 North Front Street
                                                  Harrisburg, PA 17110
                                                  (717) 234-7828

Dated: <u>January 16, 2004</u>

CERTIFICATE OF SERVICE

I, Charles W. Marsar, Jr., hereby certify that a true and correct copy of this foregoing document was served upon all counsel of record this <u>16th</u> day of January, 2004, by way of electronic filing and United States postal service to the address as follows:

Teri Kaufman Leonovich, Esq.
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Counsel for Defendants Harford Memorial Hospital, Inc. and
Upper Chesapeake Health Systems

Mary Alane Downs, Esq.
MORGAN SHELSBY CARLO DOWNS & EVERTON
4 North Park Drive Suite 404
Hunt Valley, MD 21030-1876
Counsel for Defendants Midatlantic Cardiovascular Associates, P.A., and
Jay Lang, D.O.

Barbara L. Ayers, Esquire
Whiteford, Taylor, & Preston L.L.P.
210 West Pennsylvania Ave.
Towson, MD 21204-4515
Counsel for Defendant Rakesh Mathur, M.D.

Pamela Diedrich, Esquire
MASON, KETTERMAN & CAWOOD, P.A.
69 Franklin Street
Annapolis, MD 21401
Counsel for Defendant Marian Benner, M.D.

**R.J. Marzella & Associates, P.C.**

By: <u>/S/ Charles W. Marsar, Jr., Esquire</u>
Charles W. Marsar, Jr., Esquire