R. J. MARZELLA & ASSOCIATES, P.C.
BY: Charles W. Marsar, Jr., Esquire
Court I.D. No. 26649
3513 North Front Street
Harrisburg, Pennsylvania  17110            Attorneys for Plaintiffs,
Telephone:    (717) 234-7828               James Ryan and
Facsimile:     (717) 234-6883              Megan Ryan

THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

| | | |
|---|---|---|
| JAMES RYAN, and MEGAN RYAN husband and wife, | : | DOCKET NO.  WMN 02 CV 240 |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| HARFORD MEMORIAL HOSPITAL, INC.; | : | |
| UPPER CHESAPEAKE HEALTH SYSTEM, INC.; | : | |
| MIDATLANTIC CARDIOVASCULAR ASSOCIATES, P.A.; | : | |
| JAY LANG, D.O.; | : | |
| RAKESH MATHUR, M.D.; | : | |
| MARIAN BENNER, M.D.; | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER

Now, this _____ day of _____, 2004, upon consideration of the Defendants' Motion for Summary Judgment and the Plaintiffs' response thereto, it is hereby ORDERED and DECREED that the Defendants' motion is denied.

Dated: _____                  _____
                                                       Judge

R. J. MARZELLA & ASSOCIATES, P.C.
BY: Charles W. Marsar, Jr., Esquire
Court I.D. No. 26649
3513 North Front Street
Harrisburg, Pennsylvania  17110                    Attorneys for Plaintiffs,
Telephone:     (717) 234-7828                      James Ryan and
Facsimile:      (717) 234-6883                     Megan Ryan

THE UNITED STATES COURT FOR THE DISTRICT OF MARYLAND
CIVIL ACTION – LAW

| | | |
|---|---|---|
| JAMES RYAN, and MEGAN RYAN husband and wife, | : | DOCKET NO.  WMN 02 CV 240 |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| HARFORD MEMORIAL HOSPITAL, INC.; | : | |
| UPPER CHESAPEAKE HEALTH SYSTEM, INC.; | : | |
| MIDATLANTIC CARDIOVASCULAR ASSOCIATES, P.A.; | : | |
| JAY LANG, D.O.; | : | |
| RAKESH MATHUR, M.D.; | : | |
| MARIAN BENNER, M.D.; | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**PLAINTIFFS' RESPONSE TO DEFENDANT HOSPITAL'S
MOTION FOR SUMMARY JUDGMENT**

AND NOW COMES, Plaintiffs, James Ryan and Megan Ryan, by and through their attorneys, R.J. Marzella & Associates, P.C., with the following Response to Defendant Hospital's Motion for Summary Judgment:

1. Admitted.

2. The allegation herein states a conclusion of law to which no response is necessary.  To the extent that a response may be required, it is admitted.

      3.      The allegation herein states a conclusion of law to which no response is necessary.  To the extent that a response may be required, it is specifically denied that, that the undisputed material facts do not support Plaintiffs' claims of agency with regard to Drs. Lang, Mathur, and Benner.

      4.      No response is required.

                                       **R. J. Marzella & Associates, P.C.**

                                By: <u>/S/ Charles W. Marsar, Jr., Esquire</u>
                                       Charles W. Marsar, Jr., Esquire
                                       Attorney Identification No. 26649

Dated: <u>January 16, 2004</u>

## CERTIFICATE OF SERVICE

I, Charles W. Marsar, Jr., hereby certify that a true and correct copy of this foregoing document was served upon all counsel of record this 16th-day of January, 2004, by way of electronic filing and United States postal service to the address as follows:

Teri Kaufman Leonovich, Esq.
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Counsel for Defendants Harford Memorial Hospital, Inc. and
Upper Chesapeake Health Systems

Mary Alane Downs, Esq.
MORGAN SHELSBY CARLO DOWNS & EVERTON
4 North Park Drive Suite 404
Hunt Valley, MD 21030-1876
Counsel for Defendants Midatlantic Cardiovascular Associates, P.A., and
Jay Lang, D.O.

Barbara L. Ayers, Esquire
Whiteford, Taylor, & Preston L.L.P.
210 West Pennsylvania Ave.
Towson, MD 21204-4515
Counsel for Defendant Rakesh Mathur, M.D.

Pamela Diedrich, Esquire
MASON, KETTERMAN & CAWOOD, P.A.
69 Franklin Street
Annapolis, MD 21401
Counsel for Defendant Marian Benner, M.D.

R.J. Marzella & Associates, P.C.

By: /S/ Charles W. Marsar, Jr., Esquire
Charles W. Marsar