IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES RYAN, ET AL. | * | |
| Plaintiffs | * | |
| | | Civil Action No.:  BPG-02-240 |
| vs. | * | |
| HARFORD MEMORIAL HOSPITAL, INC., ET AL. | * | |
| | ****** | |
| Defendants | | |

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date:   1/22/04                                             /s/                                                     
                                                                                  BETH P. GESNER
                                                                                  UNITED STATES MAGISTRATE JUDGE

U.S. District Court (Rev. 5/2001)

U.S. District Court (Rev. 5/2001)