IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES RYAN, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No: WMN 02 CV 240 |
| HARFORD MEMORIAL HOSPITAL, INC., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiffs, James Ryan and Megan Ryan, husband and wife, by and through their attorneys, Charles W. Marsar, Jr., Esquire, R. J. Marzella and Associates, P.C., Rakesh Mathur, M.D., by and through his attorneys, Barbara Lee Ayres, Esquire and Whiteford, Taylor & Preston L.L.P., and Jay Lang, D.O., Midatlantic Cardiovascular Associates, P.A., and Harford Cardiologists, Inc., by and through their attorneys, Mary Alane Downs, Esquire and Morgan Shelsby Carlo Downs & Everton, pursuant to Maryland Rule 2-506(a) stipulate that the Complaint and every count therein shall be dismissed with prejudice as to Jay Lang, D.O., Midatlantic Cardiovascular Associates, P.A., Harford Cardiologists, Inc., and Rakesh Mathur, M.D. only.

/s/ *Charles W. Marsar/sm*
_____
Charles W. Marsar, Jr., Esquire
R.J. MARZELLA & ASSOCIATES, P.C.
3513 North Front Street
Harrisburg, Pennsylvania 17110
Court I.D. No. 26649
717-234-7828
Attorneys for Plaintiffs, James Ryan and Megan Ryan

/s/ *Mary Alane Downs* by BLA
_____
Mary Alane Downs, Esquire
MORGAN SHELSBY CARLO DOWNS & EVERTON
4 North Park Drive, Suite 404
Hunt Valley, MD 21030-1876
Court I.D. No.
410-584-2800
Attorneys for Defendants Midatlantic Cardiovascular Associates, P.A. and Jay Lang, D.O.

/s/ *Teri Leonovich* by BLA
_____
Teri Leonovich, Esquire
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Court I.D. No.
410-783-4000
Counsel for Defendants Harford Memorial Hospital, Inc.

/s/ *Barbara L. Ayres* by BLA
_____
Barbara L. Ayres
Trial Bar No. 03660
Whiteford, Taylor & Preston L.L.P.
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515
(410) 832-2000
Attorneys for Defendant,
Rakesh Mathur, M.D.

/s/ *Kristin L. Kremer* by BLA
_____
Kristin L. Kremer, Esquire
Mason, Ketterman & Cawood, P.A.
69 Franklin Street
Annapolis, MD 21401
410-269-6620

300123

2