IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES RYAN, and MEG-MARIE RYAN, husband and wife<br><br>Plaintiffs<br><br>v.<br><br>HARFORD MEMORIAL HOSPITAL, INC., et al.<br><br>Defendants | *<br>*<br>*<br>*  CASE NO.: WMN02CV240<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, James Ryan and Megan Ryan, husband and wife, by and through their attorneys, Charles W. Marsar, Jr., Esquire, R.J. Marzella & Associates, P.C., and Harford Memorial Hospital, Inc., and Upper Chesapeake Health Systems, by and through their attorneys, Craig B. Merkle, Teri Kaufman Leonovich and Goodell, DeVries, Leech & Dann, LLP, pursuant to Md. Rule 2-506(a), stipulate that the Complaint and every count therein shall be dismissed with prejudice as to Harford Memorial Hospital, Inc. and Upper Chesapeake Health Systems only.

Respectfully submitted,

_____
Craig B. Merkle
Teri Kaufman Leonovich
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Defendants,*
*Harford Memorial Hospital, Inc. and Upper*
*Chesapeake Health Systems*

_____
Charles W. Marsar, Jr.   /TDE with permission
R.J. Marzella & Associates, P.C.
3513 North Front Street
Harrisburg, Pennsylvania 17110
(717) 234-7828
***Attorneys for Plaintiffs***


_____
Mary Alane Downs   TDE with yours
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, MD 21030
(410) 584-2800
***Attorneys for Defendants,***
***Mid-Atlantic Cardiologists Associates, P.A. and***
***Jay Lang, M.D.***


_____
Barbara Ayres   /TDE
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue
400 Court Towers
Towson, Maryland 21204-4515
(410) 832-2000
***Attorneys for Defendant,***
***Rakesh Mathur, M.D.***


_____
Roy L. Mason   TDE
Kristin L. Kremer
Pamela J. Dietrich
Mason, Cawood & Hobbs, P.A.
69 Franklin Street
Annapolis, MD 21401
(410) 269-6620
***Attorneys for Defendant,***
***Marian Benner, M.D.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2004, a copy of the foregoing was mailed first-class, postage prepaid, to:

Charles W. Marsar, Jr., Esquire
R.J. Marzella & Associates, P.C.
3513 North Front Street
Harrisburg, PA 17110

Mary Alane Downs, Esquire
Morgan Shelsby Carlo Downs & Everton
4 North Park Drive
Suite 404
Hunt Valley, MD 21030

Barbara Ayres, Esquire
Whiteford, Taylor & Preston, LLP
210 W. Pennsylvania Avenue
400 Court Towers
Towson, MD 21204-4515

Roy L. Mason, Esquire
Kristin L. Kremer, Esquire
Pamela J. Dietrich, Esquire
Mason, Cawood & Hobbs, P.A.
69 Franklin Street
Annapolis, MD 21401

Teri Kaufman Leonovich

TKL/538880